UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Docket No. 5:10-CR-214-1F

| United States Of America | ) | |
|---|---|---|
| | ) | |
| vs. | ) | ORDER CONTINUING |
| | ) | SUPERVISION |
| Tia Taborn | ) | |

On March 2, 2011, Tia Taborn appeared before the Honorable James C. Fox, Senior U.S. District Judge in the Eastern District of North Carolina, and pursuant to an earlier plea of guilty to Conspiracy to Possess with the Intent to Distribute and Distribute 50 Grams or More of Cocaine Base (Crack), in violation of 21 U.S.C. § 846, was sentenced to a 60-month term of probation.

From evidence presented at the revocation hearing on October 4, 2011, the court finds as a fact that Tia Taborn, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. Criminal conduct (Driving While Impaired).

It now appears that the ends of justice would best be served by denying the motion for revocation before the court this date and continuing supervision under the original terms and conditions imposed in this case.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be continued.

This the 4th day of October, 2011.

_____
James C. Fox
Senior U.S. District Judge